# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFO. ASSOCIATED WITH KIDCASH@HOTMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, USA | )<br>)<br>)   Case No. 1:24-MJ- 02-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | - Wire Fraud |
| 18 U.S.C. § 1344 | - Bank Fraud |
| 18 U.S.C. § 1014 | - False Statement to a Bank |

The application is based on these facts:
Please see attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Patrick Latchaw
*Applicant's signature*

Special Agent, TIGTA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephonic conference__ *(specify reliable electronic means)*.

Date: **Jan 12, 2024**

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire     Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*